BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CV-02009-GEB-KJN |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT |
| v. | |
| APPROXIMATELY $142,020.00 IN U.S. CURRENCY, | |
| Defendant. | |

   The United States and claimant Newton Mancia, through undersigned counsel, stipulate and request the Court continue the deadline to file a Joint Status Report from November 10, 2014 to December 8, 2014.

   On August 29, 2014, the United States filed a civil forfeiture complaint against the above-captioned currency ("defendant currency") based on its alleged involvement in federal drug law violations.  The United States has provided mail service to all known potential claimants and is attempting personal service on several of those who received mail notice.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on September 4, 2014, and ran for 30 consecutive days.  A Declaration of Publication was filed on October 29, 2014.

1

On October 1, 2014, Newton Mancia filed a claim alleging an interest in the defendant currency and filed an answer to the complaint on October 15, 2014.  No other party has entered this case.

Upon receipt of the personal service Process Receipt and Returns from the U.S. Marshals Service, the United States intends on obtaining clerk's defaults against the potential claimants who have not filed claims in this action.  In light this, the parties request a brief continuance of the deadline to file a Joint Status Report from November 10, 2014 to December 8, 2014, or to another date the Court deems appropriate.

Dated: 11/3/14                                      BENJAMIN B. WAGNER
                                                                United States Attorney

                                               By:   /s/ Kevin C. Khasigian
                                                         KEVIN C. KHASIGIAN
                                                         Assistant U.S. Attorney

Dated: 11/3/14
                                                         /s/ Stuart Goldfarb
                                                         STUART GOLDFARB
                                                         Attorney for Claimant

                                                         (Authorized by phone)

### ORDER

Pursuant to the parties' stipulation, the Court makes the following order:

The Status (Pretrial Scheduling) Conference currently set for November 24, 2014 at 9:00 a.m. is continued to January 26, 2015 at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

**Dated: November 5, 2014**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge